**00–1787. Ethel L. Pusey, Inc. v. Bator.**

Mahoning App. No. 98CA55. This cause is pending before the court as an appeal from the Court of

Appeals for Mahoning County. Upon consideration of the motion of appellee Grief Brothers Corporation for continuance of oral argument scheduled for October 30, 2001,

IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.